UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| TONY D. PENWELL,<br><br>                Plaintiff,<br><br>  vs.<br><br>JEFF UTTECHT, et al.,<br><br>                Defendants. | NO.  CV-07-415-LRS<br><br>ORDER DISMISSING COMPLAINT WITHOUT PREJUDICE AND DIRECTING THAT COLLECTION OF THE FILING FEE CEASE |

    BEFORE THE COURT is Plaintiff Tony D. Penwell's Motion to Voluntarily Dismiss Complaint pursuant to Fed. R. Civ. P. 41(a). Defendants have not been served in this action. Accordingly, **IT IS ORDERED** Plaintiff's Motion (Ct. Rec. 9) is **GRANTED** and the Complaint is **DISMISSED WITHOUT PREJUDICE.**

    Plaintiff also filed a Motion to waive collection of the remaining balance of the filing fee in this action.  For good cause shown, **IT IS ORDERED** Plaintiff's Motion (Ct. Rec. 10) is **GRANTED** and the institution having custody of Mr. Penwell shall cease collection of the filing fee in this action, cause number **CV-07-415-LRS.**

    **IT IS SO ORDERED**.  The District Court Executive is directed to enter this Order, enter judgment of dismissal without prejudice, forward a copy to Plaintiff and close the file.  The District Court

ORDER DISMISSING COMPLAINT WITHOUT PREJUDICE AND DIRECTING THAT COLLECTION OF THE FILING FEE CEASE -- 1

Executive is further directed to send a copy of this Order to the Office of the **Department of Corrections, Attn: LFO/COS UNIT, P.O. Box 41107, Olympia, WA  98504-1107,** to forward to the appropriate agency having custody of Plaintiff.  The District Court Executive also **shall** provide a copy of this Order to the Financial Administrator for the United States District Court, Eastern District of Washington.

　　**DATED** this＿＿＿8th＿＿day of May, 2008.

　　　　　　　　　　　　　　*s/Lonny R. Suko*
　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　LONNY R. SUKO
　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

ORDER DISMISSING COMPLAINT WITHOUT PREJUDICE AND DIRECTING THAT COLLECTION OF THE FILING FEE CEASE -- 2