AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
### Eastern District of Washington

Tony Penwell

                                                                           JUDGMENT IN A CIVIL CASE

v.

Uttecht, et al

                                                      CASE NUMBER: CV-07-415-LRS

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED Plaintiff's Motion to Voluntarily Dismiss Complaint pursuant to Fed. R. Civ. P. 41(a) is GRANTED and the Complaint is DISMISSED WITHOUT PREJUDICE.

05/08/08                                                               JAMES R. LARSEN
*Date*                                                                    *Clerk*
                                                                            s/ Vikki Johnson
                                                                            *(By) Deputy Clerk*
                                                                            Vikki Johnson